CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cesar Ivan ORONA**<br>DOB: 1980; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-03153MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 9, 2023, in the District of Arizona, **Cesar Ivan ORONA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 9mm Glock 19 semi-automatic firearm bearing serial number KTR161 and an extended pistol magazine, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 9, 2023, **Cesar Ivan ORONA** attempted to exit the United States and enter the Republic of Mexico through the outbound pedestrian lanes at the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Cesar Ivan ORONA** who stated that he was headed to Nogales, Sonora, Mexico. **ORONA** was carrying a backpack. CBPOs obtained a negative outbound declaration from **ORONA**, to include firearms, ammunition, and any currency more than $10,000. During a search of the backpack, CBPOs found an extended pistol magazine. During a pat down search of **ORONA**, CBPOs found a 9mm Glock 19 semi-automatic handgun bearing serial number KTR161 in **ORONA's** underwear.

During a post *Miranda* interview, **ORONA** admitted that he received the firearm from an unknown male at the McDonald's restaurant and that he was going to cross the gun into Mexico in exchange for drugs. He also admitted that he did not have a license to export firearms or magazines into Mexico.

The firearm and magazine found in the backpack and on **ORONA's** person qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ORONA** does not possess a license to export firearms or magazines into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano* (Digitally signed by RAQUEL ARELLANO Date: 2023.08.10 10:14:56 -07'00') | SIGNATURE OF COMPLAINANT<br>**JON P BERGEVIN** Digitally signed by JON P BERGEVIN Date: 2023.08.10 10:19:17 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Jon Bergevin |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>August 10, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54