GARY M. RESTAINO
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant United States Attorney
State Bar No. 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 23-01363-TUC-JCH (JR) |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |
| v. | |
| Cesar Ivan Orona, | |
| Defendant. | |

The United States of America hereby gives notice that on October 16, 2023, the U.S. Department of Homeland Security, U.S. Customs and Border Protection, administratively forfeited one 9mm Glock 19 semi-automatic pistol bearing serial number KTR161, with accompanying 9mm magazine, and an extended pistol magazine, which were included in the forfeiture allegation of the defendant's Indictment.

Therefore, the government will not pursue the criminal forfeiture against the assets listed in this notice.

DATED this 26th day of October, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Raquel Arellano*
RAQUEL ARELLANO
Assistant United States Attorney

1  Copy of the foregoing served electronically or by
   other means this 26th day of October, 2023, to:
2
   Annamarie L. Valdivia, Esq.
3  Attorney for Defendant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28